UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Cr. No: 23-cr-100-SE-AJ-01 |
| v. ) | 18 U.S.C. § 2252A(a)(5)(b) & (b)(2) |
| ) | |
| **SHANE NIVEN** ) | |
| ) | |

## INDICTMENT

**The Grand Jury Charges:**

### Count One

[18 U.S.C. § 2252A(a)(5)(B) & (b)(2) – Possession of Child Pornography]

On or about December 1, 2021, in the District of New Hampshire, the defendant,

**SHANE NIVEN**,

did knowingly possess material that contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including images depicting prepubescent minors or minors who have not attained 12 years of age, and such images were transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of the Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses, including, but not limited to: (A) one SanDisk 32GB MicroSD card, and (B) one Lenovo laptop.

Dated: November 1, 2023

TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson

JANE E. YOUNG
United States Attorney

Kasey A. Weiland
Kasey A. Weiland
Assistant U.S. Attorney