UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Cr. No.  1:23-cr- 100-01-SE/AJ |
| ) | |
| SHANE NIVEN ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 1st day of November, 2023.

This 1st day of November, 2023.

                                        JANE E. YOUNG
                                        United States Attorney

                         By:    /s/ Kasey Weiland
                                 Kasey Weiland
                                 Assistant U.S. Attorney

WARRANT ISSUED: _____